**Order entered December 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01289-CR

### ADRIAN JERMAINE GASKIN, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 066812**

## ORDER

The Court has before it counsel's December 5, 2016 motion to withdraw accompanied by a December 6, 2016 *Anders* brief in which counsel states there are no arguable grounds for appeal and the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967). The record reflects that appellate counsel was also trial counsel.

This Court has previously concluded "it is not appropriate for appointed appellate counsel to file an *Anders* brief in a case in which counsel also served as trial counsel." *Chandler v. State*, 988 S.W.2d 827, 828 (Tex. App.—Dallas 1999, no pet.). Therefore, we **STRIKE** the *Anders* brief and **GRANT** the motion to withdraw as counsel. We **DIRECT** the Clerk to remove James Dunn Jr. as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit to this Court, with **FIFTEEN DAYS** of the date of this order, the order appointing new counsel to represent appellant, review the record, and file a brief on his behalf. *See Jeffrey v. State*, 903 S.W.2d 776, 778−80 (Tex. App.—Dallas 1995, no pet.).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable James Fallon, Presiding Judge, 15th Judicial District Court; Kelly Ashmore, Grayson County District Clerk; James Dunn Jr.; and the Grayson County District Attorney's Office.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.


/s/    ADA BROWN
JUSTICE